**Lavan Maurice WALKER,
Petitioner–Appellant,**

v.

**State of FLORIDA, Attorney General of the State of Florida, Bill McCollum, Katherine Fernandez Rundle, Respondents–Appellees.**

No. 08–16831
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 10, 2009.

Lavan Maurice Walker, Coleman, FL, pro se.

Before TJOFLAT, EDMONDSON and PRYOR, Circuit Judges.

PER CURIAM:

Lavan Maurice Walker, a federal prisoner, appeals *pro se* the dismissal of his petition for writ of habeas corpus. 28 U.S.C. § 2254. For a district court to exercise subject-matter jurisdiction over a petition for a writ of habeas corpus, the petitioner must be "in custody in violation of the Constitution or laws or treaties of the United States." *Id.* §§ 2241(c)(3), 2254(a); *accord Maleng v. Cook,* 490 U.S. 488, 490–91, 109 S.Ct. 1923, 1925, 104 L.Ed.2d 540 (1989). Jurisdiction does not extend to a petitioner who challenges a conviction after his sentence has completely expired. *White v. Butterworth,* 70 F.3d 573, 574 (11th Cir.1995). The district court lacked jurisdiction to review Walk-er's petition because his sentences expired in 2002.

We **AFFIRM** the dismissal of Walker's petition.